UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID R. MCKENZIE,

    Plaintiff,

vs.    Case No. 8:16-cv-1972-T-27AEP

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is Plaintiff's Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (Dkt. 18). Defendant has no objection to the Motion. Upon consideration, the Motion is **GRANTED**. Pursuant to 28 U.S.C. § 2412(d), Plaintiff is awarded $400.00 in costs and $5,820.63 in EAJA fees for 30.30 hours of work at a rate of $192.10 per hour, both of which are reasonable, within **sixty (60) days** of the date of this Order, subject to reasonable extensions for good cause if shown.

**DONE AND ORDERED** on this 21st day of September, 2017.

    JAMES D. WHITTEMORE
    United States District Judge

Copies to:
Counsel of record

1